FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2011 JAN 19 AM 8:31
CLERK ___
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DOMENIC M. WILLIAMS,

　　Plaintiff,

v.    CASE NO. CV410-221

MICHAEL KARPF, Judge, Superior
Court of Chatham County; OTIS
JOHNSON; UNKNOWN AGENT, Georgia
Bureau of Investigation;
UNKNOWN AGENT, United States
Government; UNKNOWN AGENT, CDC
of Atlanta; and UNITED STATES
GOVERNMENT,

　　Defendants.

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaints (Docs. 1, 6) are **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 18th day of January 2011.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA